# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL CARSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:20-cv-01151-LCB-SGC |
| ) | |
| GOVERNOR KAY IVEY, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION AND ORDER

On January 19, 2021, U.S. Magistrate Judge Staci G. Cornelius entered a report and recommendation in this matter, recommending Plaintiff Michael Carson's claims be dismissed without prejudice, save for his Eighth Amendment deliberate indifference claim against Defendants Jefferson Dunn, Scarlette Robinson, Deborah Toney, and William Streeter. (Doc. 11 at 14).

The parties were given 14 days to file objections to the report and recommendation. As of the date of this order, no objections have been filed. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Magistrate Judge's report is hereby **ADOPTED**, and the recommendation is **ACCEPTED**. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** each of Carson's claims, save for his Eighth Amendment deliberate indifference claim against Defendants Dunn,

Robinson, Toney, and Streeter. This matter is **REFERRED** to the magistrate judge for further proceedings as to the remaining claim.

    **DONE** and **ORDERED** February 5, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE