# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL CARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:20-cv-01151-LCB-SGC |
| | ) | |
| JEFFERSON DUNN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On February 23, 2022, the undersigned entered a report recommending the court grant the motion for summary judgment filed by defendants Jefferson Dunn, William Streeter, Scarlette Robinson, and Deborah Toney. (Doc. 32). The report mistakenly noted that the plaintiff, Michael Carson, failed to respond to the defendants' motion for summary judgment. (Doc. 32 at 3). Carson, however, previously submitted affidavits as exhibits to discovery motions he filed on June 14, 2021, and July 6, 2021. (Docs. 25, 27). In an order dated July 23, 2021, the undersigned construed the arguments and affidavits included in Carson's July 6th motion as his response in opposition to the defendants' special report. (Docs. 27, 29). Carson's own affidavit, attached to his earlier discovery motion, should also have been construed and considered as a response to the defendants' summary judgment motion. (Doc. 25 at 4-6).

Therefore, the undersigned's February 23, 2022 Report and Recommendation is **WITHDRAWN**. (Doc. 32). The affidavits and any arguments included with the plaintiff's discovery motions (Docs. 25, 27) will be considered in opposition to the defendants' motion for summary judgment (Doc. 23). Carson's Objection to the Report and Recommendation is **MOOT** because the Report has been withdrawn. (Doc. 33).[1]

**DONE** this 11th day of March, 2022.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE

---

[1] Carson's Objection contains some new assertions about security and nursing issues at Limestone Correctional Facility. (Doc. 33). However, Carson was given ample time to submit evidence in opposition to the defendants' motion for summary judgment, and these new allegations will not be considered. (*See* Docs. 24, 26, 29).